HELEN RIDGE, Appellant, v. GRACE A. SCARFIA, Also Known as GRACE OBER, Respondent.—

Memorandum:

An issue of fact was presented as to the authority of the defendant's husband to proceed to make the repairs. The trial court erred in dismissing the complaint upon the ground there was no proof of agency. (Appeal from judgment of Monroe County Court, dismissing plaintiff's complaint on motion by defendant at the close of plaintiff's case, in a negligence action.) Present — Williams, P. J., Bastow, McClusky and Henry, JJ.